# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN DAVILA  RAMOS

DEBTOR(S)

CASE NO.: 21-00363 MCF

CHAPTER 13

### ANSWER TO MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

   Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

Creditor Hector Noel Ramos Davila (hereinafter Creditor) filed a Motion to Dismiss alleging

   (1) that the instant case was filed with bad faith.

   (2)  debtor's   inability to reorganize

    (3) that the property is  unnecessary for debtor's financial rehabilitation

### Background Proceedings

1.  Creditor is a secured creditor in the instant case. Creditor, after acquiring by transfer the loan from BPPR, alleges being owed the amount of    $814,262.24 (see POC 6) secured by the following properties:

"RUSTICA: Plot marked with the number one hundred and forty-nine C (149-C) in the plot plan of the rural community El Negro del Barrio Camino Nuevo of the municipality of Yabucoa, with a shallow space of

```
           six hundred one point fourteen (601.14) square meters, on the edge of

           the NORTH, with plots one hundred and forty-three (143), one hundred

           and forty-four (144) and one hundred and forty-nine A (149-A) of the

           community; by the SOUTH, with plots one hundred and forty-nine (149)

           and one hundred and fifty (150) and access to community number eleven

           (11)  street;  and  by  the  WEST,  with  plot  number  one  hundred  and

           forty-nine A (149-A) of the community."


           "RUSTICA:  Plot  of  land  located  in  the  Martín  and  Camino  Nuevo

           neighborhoods  of  the  municipality  of  Yabucoa,  composed  of  NINE

           THOUSAND HUNDRED AND SIXTY AND NINE POINT EIGHT MIL FOUR HUNDRED

           SESENTA  AND  ONE  (9,169,8461)  SQUARE  METERS  equivalent  to  TWO  POINT

           THREE THOUSAND THREE HUNDRED AND ONE (23331) CUERDAS. On the edge of

           the  NORTH,  with  area  located  for  public  use  of  Highway  number

           ninety-nine  zero  one  (9901);  by  the  SOUTH,  with  the  raving,  by  the

           EAST,  with  Highway  number  ninety-nine  zero  one  (9901);  and  by  the

           WEST, with area dedicated to the same ninety-nine zero one (9901)."
```

A Chapter 13 Plan has been filed in the instant case which provides for payment toward creditor Ramos Davila according to a valuation of the properties securing the creditor's interest. The Chapter 13 Plan has been amended to **provide adequate protection payments since the filing of the case in the amount of $2,500.00**. Such payment can be adjusted upon considering of the value of the collateral securing the claim and with the final allowance of the claim. Creditor at this stage is protected and no cause has been invoked for the dismissal of this case.

2. **Creditor has not shown any for the dismissal of this case beyond the mere existence of a debt that is subject of a valuation The property that serves as collateral for said debt is essential to debtor's reorganization plan and the Plan in the instant case provides for**

**payment owed to creditor, within Chapter 13 Bankruptcy Code provisions and for the benefit of other creditors and parties in interest.**

.

3. "Good faith is an amorphous notion, largely defined by factual inquiry," and based on the totality of the circumstances. In re Okoreeh-Baah, 836 F.2d 1030 (6th Cir. 1988) Although particular cases are of little precedential value, a broad review should reveal certain patterns and conduct that have in specific cases been characterized as bad faith. These include:

    (1) a perceived improper impact on non-bankruptcy rights;

    (2) a recent transfer of assets, i.e., the "new debtor syndrome" cases;

    (3) an inability to reorganize; and

    (4) unnecessary delay, i.e., serial filings. 3 Collier on Bankruptcy P 362.07 (16th 2020)

4. Being in debt is an integral part of debt reorganization and the existence of debt itself should not be punishable, without cause, by exclusion from reorganization efforts. Debtor has in good faith done the utmost to maintain a functioning business amidst unprecedented, fortuitous occurrences such as a hurricane, an earthquake, and a pandemic. Throughout each course- altering occurrence, Debtor has not shied away from the obligation she has contracted first with Banco Popular, and now with creditor Ramos Davila.

### Principles of Good Faith

5. Good faith on a creditor's behalf is crucial for a reorganization plan that is in the best interest of all parties. In the instant case, Creditor has refused to negotiate any agreement as to the payment of the arrears in the loan. Since the initial contact with the debtor, he has insisted on the debtor's delivery of the property as the only solution and identified himself with the debtor's acquaintances and customers as the property's new owner.

6. As a result of the foregoing debtor respectfully requests this Court to deny creditor request for the dismissal of this case.

WHEREFORE, the denial of the Motion to Dismiss in the case is hereby requested according to the aforementioned.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, today August 22, 2021.

/s/ JOSE A. LEÓN LANDRAU, ESQ.

JOSE A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348

CARMEN MILAGROS DAVILA RAMOS
HC- 01
BOX 4046
YABUCOA, PR 00767


JOSÉ Á. LEÓN LANDRAU
LEÓN LANDRAU, C.P.
PO BOX 1687
CAGUAS, PR 00726


BANCO POPULAR DE PR
P.O. BOX 366818
SAN JUAN, PR 00936-6818


CRIM
P.O. BOX 195387
SAN JUAN, PR 00919-5387


HECTOR N0EL RAMOS DAVILA
PO BOX 704
CAGUAS, PR 00726-0704


HECTOR RAMOS DAVILA
PO BOX 704
CAGUAS


LCDA. DAISY CALCANO LOPEZ
P.O. BOX 704
CAGUAS, PR 00726-0704


TOYOTA CREDIT
P.O. BOX 366818
SAN JUAN, PR 00936-6818