**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | CASE NO. 21-00363 MCF |
| **CARMEN MILAGROS DAVILA RAMOS** | CHAPTER 13 |
| **Debtor** | INDEX____ |
| **FIRSTBANK PUERTO RICO** <br> **Movant** | (x) of acts against property under <br> 11 USC 362 (d) (2) |
| v. | ( ) of other acts under 11 USC 362 |
| **CARMEN MILAGROS DAVILA RAMOS;** <br> **ALEJANDRO OLIVERAS RIVERA, as Trustee** <br> **Respondents** | (d) (1) <br><br> ( ) of co-debtor stay under 11 USC 1201 (c) (2) or 1301 (c) (2) |

**URGENT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO PRE TRIAL REPORT AT DOCKET 134**

**TO THE HONORABLE COURT:**

 **COMES NOW,** creditor **HECTOR NOEL RAMOS DAVILA** represented by the undersigned attorneys and respectfully prays and alleges:

1. On July 21, 2021, Creditor, Héctor Ramos, filed a motion requesting relief from automatic stay. Dkt.64.

2. On June 16, 2022, a Pre-Trial report was filed by the parties. Dkt.134. The hearing is scheduled for February 1st and 2nd 2023. Dkt.157.

3. This Honorable Court instructed the parties to file another pre-trial report or supplement the original report if needed, on January 25, 2023.

4. Creditor only wishes to present a new valuation of the property, and present updated financial statements if everything is presented accordingly to the new numbers.

5. Creditor requests from this Honorable Court an extension of time until January 28, 2023, to file the supplement to the pre trial report at docket 134.

6. We have discussed this request with counsel for debtor and he agrees with the need to have the short extension of time.

**WHEREFORE**, it is hereby respectfully requested that an Order be entered GRANTING movant's Motion for extension of time until Friday January 28, 2023, to file the supplement to pre trial report at docket 134.

In San Juan, Puerto Rico this 25th day of January 2023.

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209

*Counsel for Héctor Ramos*

**Godreau & Gonzalez Law, LLC**
PO Box 9024176
San Juan, PR  00902-4176
Telephone:  787-726-0077
*rgv@g-glawpr.com*